UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE ) <br> UNITED STATES OF AMERICA FOR A WARRANT ) <br> FOR THE AUTHORIZATION AND USE AND ) <br> INSTALLATION OF A MOBILE TRACKING DEVICE ) <br> IN OR ON A 1999 TOYOTA 4 DOOR SEDAN, ) <br> TENNESSEE LICENSE AND REGISTRATION ) <br> 117VZM, VEHICLE IDENTIFICATION NUMBER ) <br> 4T1BG22K7XU433070 ) | Mag. No.: 2:12-MJ-300 |

## MOTION TO UNSEAL

Comes now, the United States of America, by and through William C. Killian, United States Attorney for the Eastern District of Tennessee, and moves the Court to unseal the search warrant, affidavit, and related documents filed in case number 2:12-MJ-300 and incorporate them into U.S. District Court case number 2:13-CR-43.

WILLIAM C. KILLIAN
United States Attorney

By: *J. Christian Lampe*
J. CHRISTIAN LAMPE
Assistant U.S. Attorney
220 West Depot Street, Ste. 423
Greeneville, TN 37743
423/639-6759

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2013, a copy of the foregoing pleading was filed. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other interested parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

By: *J. Christian Lampe*
J. CHRISTIAN LAMPE
Assistant U.S. Attorney