DEA

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Tennessee

| | | |
|---|---|---|
| United States of America<br>v.<br><br>BRUCE SEAY<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No.    2:13-CR-43 |

*[Stamp: U.S. MARSHAL E/ GREENEVILLE TN — RECEIVED]*

## ARREST WARRANT

To:     Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Bruce Seay                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

   Conspiracy to distribute methamphetamine, 21 U.S.C. 841 and 846

Date:   7-9-13                                  _Connie Lamb_
                                         *Issuing officer's signature*

City and state:   Greeneville, TN               DEBRA C. POPLIN, CLERK
                                         *Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)*   08/09/13   , and the person was arrested on *(date)*   08/09/13<br>at *(city and state)*   Greeneville TN   . |
| Date:   8-9-13                          _signature_<br>                                   *Arresting officer's signature*<br><br>                              TFO Mike Commons<br>                                   *Printed name and title* |

9278192                           1374-0709-2108-Z