UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| United States of America, | ) |
| | ) |
| v. | ) Case No. **2:13-CR-43** |
| | ) **Judge Greer** |
| Teri Vincent, | ) |
| | ) |
| *Defendant.* | ) |

## NOTICE OF NO OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT

**COMES NOW** the Defendant, Teri Vincent, by and through counsel, and respectfully gives to the Court and all Parties so entitled this Notice of No Objections to the Presentence Investigation Report as written.

*Respectfully Submitted*,

/s/ Joseph McAfee
_____
Joseph O. McAfee, BPR No.029291
P.O. Box 2351
Greeneville, TN 37744
Phone: (423) 972-4391
Fax: (423) 972-4741
Email: josephomcafee@yahoo.com

*Attorney for Defendant*

## Certificate of Service

  I, Joseph O. McAfee, hereby certify that a true and exact copy of the preceding Notice was served via CM/ECF on all parties entitled on October 27, 2013.

                /s/ Joseph McAfee
                _____
                Joseph O. McAfee

NOTC1256CR.001-001.DOCX

Page **2** of **2**

Case 2:13-cr-00043-JRG   Document 56   Filed 10/27/13   Page 2 of 2   PageID #: 129