# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT GREENEVILLE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No.: 2:13-CR-43-03 |
| v. | ) | JUDGE GREER |
| | ) | |
| BRUCE SEAY | ) | |

## MOTION TO FILE DOCUMENT UNDER SEAL

Comes now the United States of America by and through the United States Attorney for the Eastern District of Tennessee, and moves the Court to allow the related document to be filed under seal.

                Respectfully submitted,

                WILLIAM C. KILLIAN
                United States Attorney

By:   s/ *J. Christian Lampe*
                J. CHRISTIAN LAMPE
                Assistant United States Attorney
                220 West Depot Street, Ste. 423
                Greeneville, Tennessee 37743
                (423) 639-6759

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2014, the foregoing was filed electronically. Notice of this filing was sent by operation of the court's electronic filing system to all parties indicated on the electronic filing receipt. Counsel not indicated on the court's EFS will be served by regular U.S. Mail, postage prepaid.

                By: s/ *J. Christian Lampe*
                    J. CHRISTIAN LAMPE
                    Assistant United States Attorney