18 U.S.C. §3582 Waiver

USA v. Teri Vincent                              2:13-CR-43

I, Teri Vincent, hereby agree to waive my right to a two offense level reduction pursuant to 18 U.S.C. §3582 as approved by the United States Sentencing Commission on April 10, 2014 if the Court deems appropriate to apply a two level reduction in my offense level at the time of Sentencing in my case prior to the final approval of the proposed amendment to the United States Sentencing Guidelines.

_____
Teri Vincent
Defendant

_____
Joseph McAfee
Attorney for Defendant