UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| **United States of America,** | ) |
| | ) |
| v. | ) Case No. **2:13-CR-43** |
| | ) **JUDGE GREER** |
| **Teri Vincent,** | ) |
| | ) |
| *Defendant.* | ) |

## MOTION TO REAPPOINT COUNSEL

**Now comes** Defendant, Teri Vincent, by and through counsel, and hereby respectfully moves this Honorable Court to reappoint Joseph O. McAfee as counsel pursuant to Standing Order #SO-14-07 as a result of Amendment 782 to the United States Sentencing Guidelines, effective November 1, 2014.

**Wherefore**, Defendant respectfully prays as follows:

1. That the Court Order the appointment of the undersigned to assist the Defendant in determining if Defendant may benefit from Amendment 782 to the United States Sentencing Guidelines, and;

2. For such other, further, and general relief as to the Court appears just and proper.

Respectfully Submitted,

/s/ Joseph O. McAfee
Joseph O. McAfee, BPR No.029291
McAfee & McAfee, PLLC
P.O. Box 2351
Greeneville, TN 37744
Phone: (423) 972-4391
Fax: (423) 972-4741
Email: joseph@mcafeeattorneys.com

*Attorney for Defendant*

Certificate of Service

I, Joseph O. McAfee, hereby certify that the preceding Motion was served on all Parties so entitled on the 5th day of January, 2015.

/s/ Joseph O. McAfee
Joseph O. McAfee

MOTN1256CR.001-002